UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
CAPITOL RECORDS, LLC and VIRGIN
RECORDS AMERICA, INC.,

                Plaintiffs,

  -against-

ESCAPE MEDIA GROUP, INC.,

                Defendant.
------------------------------------------------------------ x

09 Civ 4458 (LMM) (GWG)

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED**, by the undersigned, the attorneys for plaintiffs Capitol Records, LLC and Virgin Records America, Inc. (collectively, "EMI Music"), on the one hand, and defendant Escape Media Group, Inc. ("Escape Media"), on the other hand, that the claims of EMI Music in Case No. 09 Civ. 4458 be and hereby are dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1), without costs to EMI Music and/or Escape Media and with neither EMI Music nor Escape Media as the prevailing party.

Dated: October 1, 2009
       New York, New York

COWAN, LIEBOWITZ & LATMAN, P.C.

By: _____
    Eric J. Shimanoff
1133 Avenue of the Americas
New York, NY 10036-6799
(212) 790-9200

Attorneys for Plaintiffs Capitol Records, LLC,
Priority Records, LLC and Virgin Records
America, Inc.

STEVENS, LITTMAN, BIDDISON, THARP & WEINBERG

By: _____
    Andrew C. Littman
250 Arapahoe Avenue, Suite 301
Boulder, CO 80302
(303) 443-6690

Attorneys for Defendant Escape Media Group, Inc.

**SO ORDERED** this ____ day of _____, 2009.

_____
U.S.D.J.

28539/000/1134063.1