```
                                                              USDC SDNY        NM
                                                              DOCUMENT
                   UNITED STATES DISTRICT COURT               ELECTRONICALLY FILED
                    SOUTHERN DISTRICT OF NEW YORK             DOC #: _____
                         OFFICE OF THE CLERK                  DATE FILED: 3/9/12
                          U S COURTHOUSE
                 500 PEARL STREET, NEW YORK, NEW YORK 10007
RUBY J. KRAJICK
    CLERK
```

## SEALED RECORDS RETRIEVAL

January 13, 2012

To Whom it May Concern,

Enclosed you will find the standing order and amendment to standing order of this Court, signed by Chief Judge Michael B. Mukasey, U.S.D.J., concerning materials filed under seal in civil cases.

As you will note from the order,

Sealed records which have been filed with the clerk shall be removed by the party submitting them (1) within ninety (90) days after a final decision is rendered if no appeal is taken, or (2) if an appeal is taken, within thirty (30) days after final disposition of the appeal. Parties failing to comply with this order shall be notified by the clerk that should they fail to remove the sealed records within thirty (30) days, the clerk may dispose of them.

Amendment

Upon the closing of a case in which sealed records have been filed with the clerk, whether filed before or after October 5, 2001, such records shall be subject to the terms of the standing order entered on October 5, 2001 with respect to sealed records, and the clerk shall notify the parties that should they fail to remove sealed records within thirty days the clerk may dispose of them.

This Court is holding materials filed under seal in the case listed below. Please retrieve these materials within thirty (30) days of the above date or the Court will dispose of them. The person sent to retrieve the materials should bring this letter and proof of identification as an employee, or a letter of introduction on firm stationary. If you wish to have these documents destroyed, please sign and date this letter, check the appropriate box below and fax it to 212-805-7953. A reply is required.

If you have any questions about this matter, please do not hesitate to call me at (212) 805-0704. Thank you for your prompt attention to this matter.

Sincerely,

Nicole Morales
Sealed Records Clerk

---

Name of Case / Docket Number: **09-cv-4458 (LMM)** Capitol Records, LLC et al -vs- Escape Media Group, Inc

Sealed Record Number(s): 17, 24 and 28

Law Firm Retrieving Records: Cowan, Liebowitz, & Latman, PC

Person Retrieving Records ☐    Person Requesting Documents To Be Destroyed ☒

Eric Shimanoff
PRINT NAME    SIGNATURE    3/1/12    DATE

---

No party having retrieved this material within 30 days
of the above date, this sealed record was destroyed on: _____.
Clerk's Initials _____

Instructions: provide a copy of this completed form to the party. Docket and file the original form.